CHARLES W. HOTALING, Respondent, *v.* THE VILLAGE OF COBLESKILL, Appellant.

(Argued January 23, 1933; decided February 28, 1933.)

*Wallace H. Sidney* and *Francis S. Smith* for appellant.
*Sharon J. Mauhs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.